DOMESTIC FUEL CO., PLAINTIFF-PETITIONER, v. AMERICAN PETROLEUM CORPORATION, DEFENDANT-RESPONDENT.

*Mr. Albert W. Seaman* and *Mr. Francis M. Seaman* for the the petitioner.

*Mr. Isidor M. Dubrow* and *Mr. John E. Toolan* for the respondent.

November 20, 1950. Denied.

ATLANTIC SEABOARD COMPANY, PLAINTIFF-PETITIONER, v. THE BOROUGH OF SEASIDE PARK, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 8 *N. J. Super.* 188.

*Mr. David Novack* and *Mr. W. Louis Bossle* for the petitioner.

November 20, 1950. Denied.